1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   CHRISTOPHER KIRKPATRICK,            Case No. EDCV 13-2034 SS

12                Plaintiff,

13        v.                             **JUDGMENT**

14   CAROLYN W. COLVIN, Acting
     Commissioner of the Social
15   Security Administration,

16                Defendant.

17

18

19

20        IT  IS  ADJUDGED  that  the  decision  of  the  Commissioner  is

21   AFFIRMED  and  that  the  above-captioned  action  is  dismissed  with

22   prejudice.

23

24   DATED:  November 13, 2014

25                                    _____/S/_____

                                      SUZANNE H. SEGAL
26                                    UNITED STATES MAGISTRATE JUDGE

27

28